12-15-00050-CR
12-15-000 51-CR
12-15-000 52-CR

12TH COURT CAUSE NO'S. 12-07-00209-CR, 12-07-00210-CR, 12-07-00211-CR

TRIAL COURT CAUSE NO'S. 19,188-2006, 19,190-2006 AND 19,191-2006

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 26 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

JOSE CONCEPCION GARCIA                    IN THE 402ND JUDICIAL DISTRICT

TDCJ# 1432026                             COURT OF WOOD COUNTY, TEXAS

     RELATOR

V. JENICA TURNER - DISTRICT CLERK, STATE OF TX "PARTY OF REAL INTEREST"

WOOD COUNTY: IN HER OFFICIAL

CAPACITY, RESPONDENT


                    PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO HONORABLE JUDGE OF SAID COURT:

    COMES NOW, JOSE GARCIA, RELATOR, PRO,SE IN THE ABOVE-STYLED AND NUMBERED

CAUSE OF ACTION AND FILES THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS,

PURSUANT TO ARTICLE 11.07 SECTION 3(C) AND WOULD SHOW THE COURT THE FOLLOWING:

    JOSE GARCIA TDCJ# 1432026 IS AN OFFENDER INCARCERATED IN THE TEXAS DEPARTMENT

OF CRIMINAL JUSTICE AND IS APPEARING PRO,SE WHO CAN BE LOCATED AT BETO UNIT

1391 FM 3328-TENNESSEE COLONY, TX 75880. (1) RELATOR HAS EXHAUSTED HIS REMEDIES

AND HAS NO OTHER ADEQUATE REMEDY AT LAW. (2) THE ACT SOUGHT TO BE COMPELLED IS

MINISTERIAL, NOT DISCRETIONARY IN NATURE. THE TRIAL COURT IS WITHIN JURISDICTION

TO RESPOND WITHIN 30 TO 35 DAYS TO THE APP 11.07 AND TRANSMITT SAID WRIT TO

THE CRIMINAL COURT OF APPEALS. RESPONDENT HAS FAILED TO DO SO.

                    ART 11.07 (3)(C)

    REQUIRES RESPONDENT TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL

APPEALS A COPY OF THE WRIT, ANY ANSWERS FILED, AND A CERTIFICATE RECITING

THE DATE UPON WHICH THAT FINDING WAS MADE, IF THE CONVICTING COURT DECIDES

THAT THERE ARE NO ISSUE'S TO BE RESOLVED.

NO COPY OF THE POST CONVICTION WRIT 11.07, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE HAVE BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS. HAD SUCH DOCUMENTS BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY RESPONDENT REQUIRED BY STATUTE, RELATOR WOULD HAVE RECEIVED NOTICE FROM THE COURT OF CRIMINAL APPEALS.

RESPONDENT, JENICA TURNER, IN HER CAPACITY AS DISTRICT CLERK OF WOOD COUNTY TEXAS HAS A MINISTERIAL DUTY TO RECEIVE AND FILE ALL PAPERS IN A CRIMINAL PROCEEDING, AND PERFORM ALL OTHER DUTIES IMPOSED ON THE CLERK BY LAW PURSUANT TO TCCP ART 2.21, AND IS RESPONSIBLE UNDER TCCP 11.07 SEC 3(C) TO IMMEDIATELY TRANSMIT TO THE COURT OF "CRIMINAL" APPEALS A COPY OF THE WRIT OF HABEAS CORPUS 11.07, ANY ASWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE IF THE CONVICTING COURT DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. JENICA TURNER, DISTRICK CLERK, WOOD COUNTY MAY BE SERVED AT HER PLACE OF BUSINESS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ IN THE 402ND JUDICIAL DISTRICT COURT OF WOOD COUNTY TEXAS.

TO DATE, RELATOR HAS RECEIVED NO RESPONSE FROM RESPONDENT REGARDING RELATOR'S REQUEST FOR TRANSMITTAL OF A COPY OF THE WRIT, ANY ANSWERS FILED AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS.

AS IS ▓▓▓ CLEAR FROM RELATOR'S LETTERS, RELATOR HAS PUT RESPONDENT ON NOTICE THAT RELATOR SEEKS THE TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS TO ACT ON RELATORS WRIT OF HABEAS CORPUS 11.07. RELATOR HAS GONE BEYOND ANY,

REQUIREMENT OR OBLIGATIONS IMPOSED UPON HIM BY THE TEXAS CODE OF CRIMINAL PROCEDURE IN CONTRAST TO RELATOR'S EFFORTS, RESPONDENT HAS WHOLLY FAILED TO COMPLY WITH THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 3 (C) AND IS "ACTING IN BAD FAITH" AND HAS FAILED TO AFFORD RELATOR THE PROFESSIONAL AND COMMON COURTESY OF ANY WRITTEN RESPONSES TO HIS CORRESPONDENCE AND REQUEST.

## PRAYER

WHEREFORE RELATOR PRAYS THAT IT BE ORDERED BY THIS COURT FOR RELATORS WRIT OF HABEAS CORPUS ART 11.07 BE TRASMITTED TO THE COURT OF CRIMINAL APPEALS. THE RESPONDENT HAS HAD THE SAID WRIT SINCE ON OR ABOUT 12-8-14 AND HAS NOT TRANSMITTED IT TO THE COURT OF CRIMINAL APPEALS AS SET OUT IN T.C.C.P 11.07 3(C).

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY RELATOR HAS COMPLIED WITH RULE OF APPELLATE PROCEDURE 9.5 BY SERVING A COPY OF THE ABOVE MOTION "WRIT OF MANDAMUS" UPON RESPONDENT DISTRICK CLERK JENICA TURNER 402ND JUDICIAL DISTRICT COURT OF WOOD COUNTY. P.O. BOX 1707 Quitman TX 75783 BY MAIL ON 2-24-15

JOSE CONCEPCION GARCIA
#1432026 BETO UNIT
1391 FM 3328
TENNESSEE, COLONY TX 75880